**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

ABDULLAH NAIM HAFIZ,

            Plaintiff-Appellant,

    v.

JAMES A. YATES, Warden; et al.,

            Defendants-Appellees.

No.    16-15855

D.C. No. 1:13-cv-01392-BAM

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Barbara McAuliffe, Magistrate Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

California state prisoner Abdullah Naim Hafiz appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging deliberate

indifference and due process claims.  We have jurisdiction under 28 U.S.C. § 1291.

We review de novo whether the magistrate judge validly entered judgment on

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014).

We vacate and remand.

Hafiz consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then dismissed Hafiz's action before the named defendants had been served. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *see Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the judgment and remand for further proceedings.

**VACATED and REMANDED.**